UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. ROBERDS, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-2663 JAM CKD P<br><br><br>ORDER |

On March 15, 2017, the undersigned recommended that this action be dismissed due to plaintiff's failure to timely file an amended complaint. On May 5, 2017, plaintiff filed objections stating that he was temporarily unable to access his legal property and requesting additional time to file an amended complaint. Good cause appearing, the recommendation of dismissal will be vacated and plaintiff will be granted an additional thirty days to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 15, 2017, are vacated; and

2. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint as set forth in the February 1, 2017 screening order, or face dismissal of this action.

Dated: May 10, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/alle2663.vac

1